UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Robinson Plasencia and
Indramira Plasencia

               v.

                                  Case No. 15-cv-249-LM

Michael K. Lang,
Ryan J. McDermott and
FNU Belmont

O R D E R

    No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 28, 2016, for the reasons set forth therein.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

    The claims asserted against Officer Belmont are hereby dismissed, and Officer Belmont is dismissed from this action.

SO ORDERED.

_____
Landya B. McCafferty
United States District Judge

Date: May 18, 2016

cc:   Robinson Plasencia, pro se
      Indramira Plasencia, pro se
      Brian J. S. Cullen, Esq.