UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Robinson Plasencia and</u>

     v.                       Case No. 15-cv-249-LM

<u>Michael K. Lang et al.</u>

O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 24, 2017, for the reasons set forth therein. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" <u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (<u>quoting</u> <u>Keating v. Secretary of Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir.1988)); <u>see also</u> <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

The Plaintiffs' motions to reopen the case are hereby denied (document nos. 16, 23), and their other pending motions to extend trial date and to amend complaint (document nos. 17, 20) are hereby denied as moot.

SO ORDERED.

_____
Landya B. McCafferty
United States District Judge

Date: August 16, 2017

cc: Robinson Plasencia, pro se
    Indramira Plasencia, pro se
    Brian J.S. Cullen, Esq.